LATHAM & WATKINS LLP
    Christopher S. Yates (SBN 161273)
    Belinda S Lee (SBN 199635)
    Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600
Facsimile:   415.395.8095
Email:   Chris.Yates@lw.com
             Belinda.Lee@lw.com
             Ashley.Bauer@lw.com

Attorneys for Defendant Hermès of Paris, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>        Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HERMÈS OF PARIS, INC.**<br><br>**[PURSUANT TO F.R.C.P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1. and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Hermès of Paris, Inc. by and through its attorneys, hereby certifies that:

1.  <u>Hermès of Paris, Inc</u>. has the following parent corporation and/or publicly held corporations owing 10% or more of its stock:  Hermès International SCA.

2.  <u>Hermès International SCA</u> is a publicly held corporation, traded on the Euronext Paris Stock Exchange.

Dated:  April 12, 2024             Respectfully submitted,

LATHAM & WATKINS LLP
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer

By     /s/ *Christopher S. Yates*
      Christopher S. Yates

Attorneys for Defendant
Hermès of Paris, Inc.