LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Belinda S Lee (SBN 199635)
   Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email:   Chris.Yates@lw.com
         Belinda.Lee@lw.com
         Ashley.Bauer@lw.com

Attorneys for Defendant Hermès of Paris, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>    Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**DEFENDANT HERMÈS OF PARIS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**[PURSUANT TO N.D. CAL. LOCAL RULE 3-15]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES/PERSONS
CASE NO. 3:24-CV-01707-JD

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 3-15 of the United States District Court for the Northern |
| 2 | District of California, the undersigned, counsel of record for Defendant Hermès of Paris, Inc., |
| 3 | certifies that the following listed persons, associations of persons, firms, partnerships, |
| 4 | corporations (including parent corporations) or other entities have a financial or non-financial |
| 5 | interest in a party to the proceeding: H51 SAS. |
| 6 | Defendant reserves the right to amend and/or supplement the information disclosed |
| 7 | herein should additional information become known requiring it to do so. |

Dated: April 12, 2024

Respectfully submitted,

LATHAM & WATKINS LLP
   Christopher S. Yates
   Belinda S Lee
   Ashley M. Bauer

By    /s/ *Christopher S. Yates*
      Christopher S. Yates

Attorneys for Defendant
Hermès of Paris, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO