1  LATHAM & WATKINS LLP
     Christopher S. Yates (SBN 161273)
2    Belinda S Lee (SBN 199635)
     Ashley M. Bauer (SBN 231626)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone: 415.391.0600
   Facsimile: 415.395.8095
5  Email: Chris.Yates@lw.com
          Belinda.Lee@lw.com
6         Ashley.Bauer@lw.com

7  Attorneys for Defendant Hermès of Paris, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated, | CASE NO. 3:24-cv-01707-JD |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| vs. | |
| HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive, | Hon. James Donato |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 3:24-CV-01707-JD

1   Pursuant to Civil Local Rule 6-1(a), Plaintiffs Tina Cavalleri and Mark Glinoga, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Hermès of Paris, Inc. (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on March 19, 2024 (ECF No. 1);

WHEREAS, Plaintiffs filed Returns of Summons reflecting service of the Complaint and summonses as to Defendants Hermès International and Hermès of Paris, Inc. ("Defendants") on March 28, 2024 (ECF Nos. 11 and 12);

WHEREAS, the current deadline to answer or otherwise respond to the Complaint is April 15, 2024;

WHEREAS, counsel for the Parties conferred telephonically and have agreed that party and judicial efficiency would be best served by extending the deadline for Defendants to answer, move to dismiss, or otherwise respond to the Complaint in order to allow the Parties sufficient time to negotiate regarding case management issues, including case scheduling;

WHEREAS, the Parties have agreed that, should Defendants respond to the complaint with a motion to dismiss, the Parties will stipulate (subject to court approval) to a briefing schedule and hearing date that provides at least 21 days for Plaintiffs to file an opposition;

WHEREAS, in making this Stipulation, Defendants do not waive any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; or (iii) other statutory or common law defenses that may be available. Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any amended or later-filed complaint;

WHEREAS, the stipulated extension of the response deadlines will not otherwise affect any deadlines currently set by the Court or other applicable rules;

WHEREAS, the Parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 3:24-CV-01707-JD

NOW THEREFORE, the Parties through their undersigned counsel, hereby stipulate and agree to extend the deadlines for Defendants to answer, move to dismiss, or otherwise respond to the Complaint until May 10, 2024.

**IT IS SO STIPULATED**.

Dated:  April 12, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By      /s/ *Christopher S. Yates*
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, California 94111-5438
Telephone:  415.391.0600
Facsimile:  415.396.8095
Email:  Chris.Yates@lw.com
Belinda.Lee@lw.com
Ashley.Bauer@lw.com

Attorneys for Defendant
Hermès of Paris, Inc.

Dated:  April 12, 2024

HAFFNER LAW PC

By      /s/ *Joshua H. Haffner*
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California  91403
Telephone: 213.514.5681
Facsimile: 213.514.5682
Email:  jff@haffnerlawyers.com
at@haffnerlawyers.com
vh@haffnerlawyers.com

Shaun C. Setareh
Thomas A. Segal
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California  90212
Telephone:  310.888.7771
Facsimile:  310.888.0109
Email:  shaun@setarehlaw.com
thomas@setarehlaw.com

Attorneys for Plaintiffs and
the Proposed Class

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 3:24-CV-01707-JD

## SIGNATURE ATTESTION

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Answer or Otherwise Respond to the Complaint Pursuant to Local Rule 6-1(a).  Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Christopher S. Yates, attest that concurrence in the filing of this document has been obtained.

Dated:  April 12, 2024                         /s/ *Christopher S. Yates*
                                              Christopher S. Yates

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT
CASE NO. 3:24-CV-01707-JD