LATHAM & WATKINS LLP
    Christopher S. Yates (SBN 161273)
    Belinda S Lee (SBN 199635)
    Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600
Facsimile:  415.395.8095
Email:  Chris.Yates@lw.com
        Belinda.Lee@lw.com
        Ashley.Bauer@lw.com

LATHAM & WATKINS LLP
    Peter E. Davis (SBN 320256)
555 Eleventh Street, NW Suite 1000
Washington, DC  20004-1304
Telephone:  202.637.2273
Facsimile:  202.637.2201
Email:  Peter.Davis@lw.com

*Attorneys for Defendants*
*Hermès of Paris, Inc. and*
*Hermès International*

HAFFNER LAW PC
    Joshua H. Haffner, SBN 188652
    Alfredo Torrijos, SBN 222458
    Vahan Mikayelyan, SBN 337023
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone:  213.514.568
Facsimile:  213.514.5682
Email:  jhh@haffnerlawyers.com
        at@haffnerlawyers.com
        vh@haffnerlawyers.com

SETAREH LAW GROUP
    Shaun C. Setareh, SBN 204514
    Thomas A. Segal, SBN 222791
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone:  310.888.777
Facsimile:  310.888.0109
Email:  shaun@setarehlaw.com
        thomas@setarehlaw.com

*Attorneys for Plaintiffs*
*and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual; MENGYAO YANG, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Hon. James Donato |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Tina Cavalleri, Mark Glinoga, and Mengyao Yang ("Plaintiffs"), and Defendant Hermès of Paris, Inc. and Hermès International (together with Hermes of Paris, "Defendants," and collectively with Plaintiffs, the "Parties") by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs Tina Cavalleri and Mark Glinoga filed the Complaint in this action on March 19, 2024 (ECF No. 1);

WHEREAS, the Parties previously stipulated to a brief extension of time for Defendants to answer or otherwise respond to the Complaint from April 15, 2024 to May 10, 2024;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint on May 9, 2024 (ECF No. 29);

WHEREAS, in lieu of opposing Defendants' Motion to Dismiss, Plaintiffs filed the First Amended Complaint (ECF No. 33) on May 30, 2024 pursuant to Federal Rule of Civil Procedure Rule 15(a)(1)(B);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to answer or otherwise respond to the First Amended Complaint is June 13, 2024;

WHEREAS, counsel for the Parties met and conferred and have agreed that party and judicial efficiency would be best served by extending the deadline for Defendants to answer, move to dismiss, or otherwise respond to the First Amended Complaint;

WHEREAS, the Parties have agreed that, should Defendants respond to the Amended Complaint with another motion to dismiss, the Parties will stipulate (subject to court approval) to a briefing schedule and hearing date;

WHEREAS, the stipulated extension of the response deadlines will not otherwise affect any deadlines currently set by the Court or other applicable rules;

NOW THEREFORE, the Parties through their undersigned counsel, hereby stipulate and agree:

1.      Defendants' deadline to answer, move to dismiss, or otherwise respond to the First Amended Complaint shall be extended to July 2, 2024.

1

2.    The Parties expressly reserve and do not waive any arguments or defenses by making this Stipulation, including any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; or (iii) other statutory or common law defenses that may be available.  Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the First Amended Complaint or any further amended or later-filed complaint.

**IT IS SO STIPULATED**.

Dated:  June 10, 2024

Respectfully submitted,

**LATHAM & WATKINS** LLP

By ____ /s/ *Christopher S. Yates* ____
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, California 94111-5438
Telephone:  415.391.0600
Facsimile:  415.396.8095
Email:  Chris.Yates@lw.com
    Belinda.Lee@lw.com
    Ashley.Bauer@lw.com

Peter E. Davis
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Peter.Davis@lw.com

*Attorneys for Defendants*
*Hermès of Paris, Inc. and Hermès*
*International*

2

Dated:  June 10, 2024

**HAFFNER LAW PC**

By _____/s/ *Vahan Mikayelyan*_____
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California  91403
Telephone: 213.514.5681
Facsimile:  213.514.5682
Email: jff@haffnerlawyers.com
        at@haffnerlawyers.com
        vh@haffnerlawyers.com

Shaun C. Setareh
Thomas A. Segal
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California  90212
Telephone:  310.888.7771
Facsimile:  310.888.0109
Email: shaun@setarehlaw.com
        thomas@setarehlaw.com

*Attorneys for Plaintiffs and
the Proposed Class*

3

## **SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Extend Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint Pursuant to Local Rule 6-1(a).   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Christopher S. Yates, attest that concurrence in the filing of this document has been obtained.


Dated:  June 10, 2024                                  /s/ *Christopher S. Yates*
                                                                    Christopher S. Yates

4