| | |
|---|---|
| LATHAM & WATKINS LLP<br>　　Christopher S. Yates (SBN 161273)<br>　　Belinda S Lee (SBN 199635)<br>　　Ashley M. Bauer (SBN 231626)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Email: Chris.Yates@lw.com<br>　　　　Belinda.Lee@lw.com<br>　　　　Ashley.Bauer@lw.com<br><br>Peter E. Davis<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201<br>Email: Peter.Davis@lw.com<br><br>*Attorneys for Defendants*<br>*Hermès of Paris, Inc. and Hermès International* | HAFFNER LAW PC<br>　　Joshua H. Haffner, SBN 188652<br>　　Alfredo Torrijos, SBN 222458<br>　　Vahan Mikayelyan, SBN 337023<br>15260 Ventura Blvd., Suite 1520<br>Sherman Oaks, California 91403<br>Telephone: 213.514.568<br>Facsimile: 213.514.5682<br>Email: jhh@haffnerlawyers.com<br>　　　　at@haffnerlawyers.com<br>　　　　vh@haffnerlawyers.com<br><br>SETAREH LAW GROUP<br>　　Shaun C. Setareh, SBN 204514<br>　　Thomas A. Segal, SBN 222791<br>9665 Wilshire Blvd., Suite 430<br>Beverly Hills, California 90212<br>Telephone: 310.888.777<br>Facsimile: 310.888.0109<br>Email: shaun@setarehlaw.com<br>　　　　thomas@setarehlaw.com<br><br>*Attorneys for Plaintiffs*<br>*and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual; MENGYAO YANG, an individual; on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>　　　　Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES, SET BRIEFING SCHEDULE, AND CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**[PURSUANT TO CIV. L.R. 6-1(B) AND 6-2]**<br><br>Hon. James Donato |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Tina Cavalleri, Mark Glinoga,
2  and Mengyao Yang ("Plaintiffs") and Defendants Hermès of Paris, Inc. and Hermès International
3  (together, "Defendants" and collectively with Plaintiffs, the "Parties") by and through their
4  undersigned counsel of record and subject to the Court's approval, hereby stipulate as follows:
5  WHEREAS, Plaintiffs Tina Cavalleri and Mark Glinoga filed the Complaint on March
6  19, 2024 (ECF No. 1);
7  WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint on May 9, 2024
8  (ECF No. 29);
9  WHEREAS, in lieu of opposing Defendants' Motion to Dismiss, Plaintiffs filed the
10 Amended Complaint (ECF No. 33) on May 30, 2024 pursuant to Federal Rule of Civil Procedure
11 Rule 15(a)(1)(B);
12 WHEREAS, Defendants requested additional time to prepare their response to Plaintiffs'
13 Amended Complaint;
14 WHEREAS, the Parties conferred regarding Defendants' request for an extension of time
15 and agreed pursuant to Local Rule 6-1(a) that Defendants' deadline to respond to the Amended
16 Complaint is July 2, 2024 (ECF No. 35):
17 WHEREAS, the Parties also met and conferred and, in order to accommodate the trial
18 and travel schedules of counsel for the Parties and for judicial efficiency, have agreed to a new
19 schedule for responding to the amended complaint and to continue the Case Management
20 Conference (ECF No. 35);
21 WHEREAS, pending the Court's approval, the Parties agree to modify the case schedule
22 as follows:

|  | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Motion to Dismiss | July 2, 2024 | [No modification] |
| Opposition | July 16, 2024 | August 16, 2024 |
| Reply | July 23, 2024 | September 9, 2024 |
| Hearing on Motion to Dismiss | On or after August 8, 2024 | October 3, 2024 |
| Case Management Conference | September 19, 2024, at 10:00 a.m. | December 5, 2024 at 10:00 am |

1     WHEREAS, the stipulated continuance of the Case Management Conference will be conditioned by an agreement between the Parties to hold a Rule 26(f) conference within two weeks after the Court rules on Defendants' forthcoming Motion to Dismiss;

    WHEREAS, the stipulated briefing schedule and the continuance of the Case Management Conference will not otherwise affect any deadlines currently set by the Court or other applicable rules, other than the date for the Case Management Statement due one week before the Case Management Conference.

    NOW THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel of record and subject to the Court's approval, to modify the Motion to Dismiss briefing schedule and to continue the Case Management Conference.

**IT IS SO STIPULATED**.

Dated: June 10, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

By    /s/ *Christopher S. Yates*
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
505 Montgomery Street, Suite 2000
San Francisco, California 94111-5438
Telephone: 415.391.0600
Facsimile: 415.396.8095
Email: Chris.Yates@lw.com
       Belinda.Lee@lw.com
       Ashley.Bauer@lw.com

Peter E. Davis
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Peter.Davis@lw.com

*Attorneys for Defendants*
*Hermès of Paris, Inc. and Hermès International*

| | | |
|---|---|---|
| 1 | Dated: June 10, 2024 | **HAFFNER LAW PC** |
| 2 | | By      /s/ *Vahan Mikayelyan* |
| 3 | | Joshua H. Haffner<br>Alfredo Torrijos |
| 4 | | Vahan Mikayelyan<br>15260 Ventura Blvd., Suite 1520 |
| 5 | | Sherman Oaks, California  91403<br>Telephone: 213.514.5681 |
| 6 | | Facsimile:  213.514.5682<br>Email: jff@haffnerlawyers.com |
| 7 | | at@haffnerlawyers.com<br>vh@haffnerlawyers.com |
| 8 | | Shaun C. Setareh |
| 9 | | Thomas A. Segal<br>**SETAREH LAW GROUP** |
| 10 | | 9665 Wilshire Blvd., Suite 430<br>Beverly Hills, California  90212 |
| 11 | | Telephone:  310.888.7771<br>Facsimile:  310.888.0109 |
| 12 | | Email: shaun@setarehlaw.com<br>thomas@setarehlaw.com |
| 13 | | *Attorneys for Plaintiffs and* |
| 14 | | *the Proposed Class* |

3

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing *Stipulation and [Proposed] Order to Extend Deadlines, Set Briefing Schedule, and Continue the Case Management Conference*. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Christopher S. Yates, attest that concurrence in the filing of this document has been obtained.

Dated:  June 10, 2024                               /s/ *Christopher S. Yates*
                                                            Christopher S. Yates

**[PROPOSED] ORDER**

Having considered the Parties' stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs shall file any Opposition to Defendants' Motion to Dismiss on or before August 16, 2024;

2. Defendants shall file any Reply in support of Defendants' Motion to Dismiss on or before September 9, 2024;

3. Hearing on Defendants' Motion to Dismiss shall be set on October 3, 2024, at 10:00 a.m., or on a later date that is convenient for the Court.

4. The Case Management Conference shall be continued to December 5, 2024, at 10:00 a.m., or on a later date that is convenient for the Court.

**IT IS SO ORDERED**.

Dated: _____          _____
                                     The Honorable James Donato
                                     United States District Judge