LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Belinda S Lee (SBN 199635)
   Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600
Facsimile:   415.395.8095
Email:   Chris.Yates@lw.com
        Belinda.Lee@lw.com
        Ashley.Bauer@lw.com

Peter E. Davis
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Peter.Davis@lw.com

*Attorneys for Defendants*
*Hermès of Paris, Inc. and Hermès International*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**DECLARATION OF ASHLEY M. BAUER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES, SET BRIEFING SCHEDULE, AND CONTINUE THE CASE MANAGEMENT CONFERENCE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

A. BAUER DECL. ISO STIP. & PROPOSED ORDER EXTENDING
DEADLINES, SET BRIEFING SCHEDULE, AND CONTINUE CMC
CASE NO. 3:24-CV-01707-JD

I, Ashley M. Bauer, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, licensed to practice law in the State of California, admitted to practice before this Court, and counsel for Defendants Hermès of Paris, Inc. and Hermès International ("Defendants") in this action.

2. Pursuant to Civil Local Rule 6-2(a), I submit this declaration in support of the accompany Stipulation and [Proposed] Order to Extend Deadlines, Set Briefing Schedule, and Continue the Case Management Conference ("Stipulation").

3. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I would testify competently under oath.

4. On May 10, 2024, Defendants filed a motion to dismiss Plaintiffs' Complaint ("Motion to Dismiss"). (ECF No. 29).

5. On May 15, 2024, the Court issued an order that "plaintiffs will oppose Hermès' motion to dismiss by June 7, 2024. Hermès may file a reply by June 21, 2024. Discovery is stayed pending resolution of Hermès' motion to dismiss. The case management conference set for June 20, 2024, is continued to September 19, 2024, at 10:00 a.m." (ECF No. 32).

6. On May 30, 2024, in lieu of opposing Defendants' Motion to Dismiss, Plaintiffs filed the First Amended Complaint. (ECF No. 33).

7. Counsel for the Parties have met and conferred and agree that the briefing deadlines on Defendants' forthcoming Motion to Dismiss the First Amended Complaint should be extended and the Case Management Conference should be continued to accommodate their respective travel and trial schedules. Specifically, counsel for Defendants presently has two trials set for the summer and early fall, the last of which is scheduled in the Southern District of New York to conclude on September 20, 2024.

8. This is the Parties' second request to continue the date of the Case Management Conference and the relief requested in the accompanying Stipulation will not otherwise affect any deadlines currently set by the Court or other applicable rules, other than the date for the Case Management Statement due one week before the Case Management Conference.

///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

A. BAUER DECL. ISO STIP. & PROPOSED ORDER EXTENDING
DEADLINES, SET BRIEFING SCHEDULE, AND CONTINUE CMC
CASE NO. 3:24-CV-01707-JD

Executed on this 10th day of June, 2024 in San Francisco, California.

_____
Ashley M. Bauer

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

A. BAUER DECL. ISO STIP. & PROPOSED ORDER EXTENDING
DEADLINES, SET BRIEFING SCHEDULE, AND CONTINUE CMC
CASE NO. 3:24-CV-01707-JD