UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 19, 2024　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 17 Minutes

Case No.	**3:24-cv-01707-JD**
Case Name	**Cavalleri et al v. Hermes International, a French corporation et al**

Attorney(s) for Plaintiff(s):　　　Chaim Setareh, Joshua Haffner
Attorney(s) for Defendant(s):　　Christopher Yates, Ashley Bauer, Belinda Lee

Court Reporter:  Kelly Shainline

Deputy Clerk:  Jenny Galang

### PROCEEDINGS

Motion Hearing and Initial Case Management Conference -- Held

### NOTES AND ORDERS

For the reasons discussed at the hearing, the amended complaint, Dkt. No. 33, is dismissed with leave to amend.  In pertinent summary, the amended complaint did not plausibly allege relevant product markets, defendant's market power within those markets, or an injury that the antitrust laws were intended to prevent.  Plaintiffs may file a second amended complaint by October 11, 2024.