LATHAM & WATKINS LLP
  Christopher S. Yates (SBN 161273)
  Belinda S Lee (SBN 199635)
  Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: Chris.Yates@lw.com
       Belinda.Lee@lw.com
       Ashley.Bauer@lw.com

LATHAM & WATKINS LLP
  Peter E. Davis (SBN 320256)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Peter.Davis@lw.com

Attorneys for Defendants
*Hermès of Paris, Inc. and Hermès International*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual; MENGYAO YANG, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>Defendants. | Case No. 3:24-cv-01707-JD<br><br>**DECLARATION OF ASHLEY M. BAUER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date: January 30, 2025<br>Time: 10:00 AM<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

I, Ashley M. Bauer, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, licensed to practice law in the State of California, admitted to practice before this Court, and counsel for Defendants Hermès of Paris, Inc. and Hermès International ("Defendants") in this action.

2. Pursuant to Civil Local Rule 6-2(a), I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of a BernsteinResearch study titled "European Luxury Goods: The Anatomy of Overseas Luxury Markets," dated July 2010.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Global Fashion Brands: Style, Luxury & History article by Tasha L. Lewis and Brittany Haas titled "Managing an iconic old luxury brand in a new luxury economy: Hermes handbags in the US market," dated July 2014.

5. Attached hereto as Exhibit 3 is a true and correct copy of a webpage on Hermès' website, https://www.hermes.com/us/en/content/106191-birkin/ (last visited and converted to PDF on Oct. 24, 2024).

6. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I would testify competently under oath.

Executed on this 25th day of October, 2024 in San Francisco, California.

_____
Ashley M. Bauer