# EXHIBIT 3





# Birkin bag

Who could have imagined that one of the most coveted objects of recent decades would be born in the sky, in 1984, on a flight from Paris to London? British actress Jane Birkin, sitting next to Jean-Louis Dumas, Executive Chairman of Hermès (1978-2006), was complaining that she couldn't find a bag suitable for her needs as a young mother.





A born creator with a keen eye, he immediately sketched a supple and spacious rectangular holdall with a burnished flap and saddle stitching. With a dedicated space for her baby's bottles!

&lt;   01 / 06   &gt;













Birkin 35 bag



Birkin 3 en 1 30 bag



Birkin 25 bag

# Heritage leather

The Birkin is available in a rare heritage leather with unique character. Entirely vegetable-tanned natural cowhide has an exceptionally transparent finish that gains a patina and becomes even more beautiful over time. Smooth or grained, this leather in a natural shade emphasizes the Birkin's clean lines and will appeal to connoisseurs.





### Birkin Faubourg tropical

The Birkin tells an epic story with flair: a design by the creative duo Octave Marsal and Théo de Gueltzl, embroidered in Lunéville stitch, plunges the emblematic Faubourg Saint-Honoré store into the heart of a luxuriant jungle. In an ultimate display of prowess, the design extends over the leather of the flap and the base of the bag.





# Birkin 3-en-1

Good things come in threes with the Birkin! The famous tote holdall becomes effortlessly light with a single, swift gesture. One: a canvas clutch topped with the emblematic leather flap. Two: a leather tote with side straps and turnlock. And three: clutch and tote together recreate the eternal Birkin.





# Customer Service

Monday to Friday: 9am - 9pm EST, Saturday: 10am - 9pm EST :

800-441-4488

Email us

Services +

Orders +

La Maison Hermès +

Legal +

Follow us

Newsletter

Receive our newsletter and discover our stories, collections, and surprises.

Subscribe

Ship to : United States

HERMÈS
PARIS

© Hermès 2024. All rights reserved.