LATHAM & WATKINS LLP
  Christopher S. Yates (SBN 161273)
  Belinda S Lee (SBN 199635)
  Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: Chris.Yates@lw.com
        Belinda.Lee@lw.com
        Ashley.Bauer@lw.com

LATHAM & WATKINS LLP
  Peter E. Davis (SBN 320256)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
Email: Peter.Davis@lw.com

Attorneys for Defendants
*Hermès of Paris, Inc. and Hermès International*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual; MENGYAO YANG, an individual; on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>        Defendants. | Case No. 3:24-cv-01707-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:    January 30, 2025<br>Time:   10:00 AM<br>Place:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEFS.' MOT. TO DISMISS SAC
CASE NO. 3:24-CV-01707-JD

Pending before the Court is Defendants Hermès of Paris, Inc. and Hermès International's (collectively, "Hermès") Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

Upon consideration of the parties' moving, opposition, and reply papers, all supporting documents and pleadings of record, and oral argument of counsel, and good cause appearing, **IT IS HEREBY ORDERED** that Hermès' Motion to Dismiss is **GRANTED** as set forth below:

All claims in Plaintiffs' Second Amended Class Action Complaint are hereby **DISMISSED** in their entirety with prejudice as to Defendants Hermès of Paris, Inc. and Hermès International.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable James Donato
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
DEFS.' MOT. TO DISMISS SAC
CASE NO. 3:24-CV-01707-JD