LATHAM & WATKINS LLP
    Christopher S. Yates (SBN 161273)
    Belinda S Lee (SBN 199635)
    Ashley M. Bauer (SBN 231626)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  415.391.0600
Facsimile:  415.395.8095
Email:  Chris.Yates@lw.com
            Belinda.Lee@lw.com
            Ashley.Bauer@lw.com

LATHAM & WATKINS LLP
    Peter E. Davis (SBN 320256)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone:  202.637.2200
Facsimile: 202.637.2201
Email:    Peter.Davis@lw.com

*Attorneys for Defendants
Hermès of Paris, Inc. and Hermès
International*

HAFFNER LAW PC
    Joshua H. Haffner, SBN 188652
    Alfredo Torrijos, SBN 222458
    Vahan Mikayelyan, SBN 337023
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California 91403
Telephone:  213.514.568
Facsimile:  213.514.5682
Email:  jhh@haffnerlawyers.com
            at@haffnerlawyers.com
            vh@haffnerlawyers.com

SETAREH LAW GROUP
    Shaun C. Setareh, SBN 204514
    Thomas A. Segal, SBN 222791
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone:  310.888.777
Facsimile:  310.888.0109
Email:  shaun@setarehlaw.com
            thomas@setarehlaw.com

*Attorneys for Plaintiffs
and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**[PURSUANT TO CIV. L.R. 6-1(B) AND 6-2]**<br><br>Hon. James Donato |

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Tina Cavalleri and Mark Glinoga,

2    on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Hermès of

3    Paris, Inc. (collectively, the "Parties") by and through their undersigned counsel of record and

4    subject to the Court's approval, hereby stipulate as follows:

5    WHEREAS, Plaintiffs filed a Complaint on March 19, 2024 (ECF No. 1);

6    WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint on May 9, 2024

7    (ECF No. 29);

8    WHEREAS, in lieu of opposing Defendants' Motion to Dismiss, Plaintiffs filed the First

9    Amended Class Action Complaint May 30, 2024 (ECF No. 33);

10    WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint

11    on July 2, 2024 (ECF No. 38);

12    WHEREAS, the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended

13    Complaint with leave to amend in the Civil Minutes entered on September 19, 2024 (ECF No.

14    51);

15    WHEREAS Plaintiff filed Second Amended Class Action Complaint on October 11,

16    2024 (ECF No. 52);

17    WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Class

18    Action Complaint on October 25, 2024 (ECF No. 54);

19    WHEREAS, Plaintiffs requested, and consistent with the Court's Guidelines for

20    Professional Conduct, Defendants agreed as a professional courtesy to, a brief extension of the

21    Motion to Dismiss briefing schedule and have agreed to continue the Opposition and Reply

22    deadlines;

23    WHEREAS, pending the Court's approval, the Parties agree to modify the Motion to

24    Dismiss briefing schedule as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Opposition | November 8, 2024 | November 22, 2024 |
| Reply | November 15, 2024 | December 13, 2024 |
| Hearing on Motion to Dismiss | January 30, 2024 | January 30, 2024 |

1

1    WHEREAS, no trial date has been set for this case and the Parties believe that the

2  granting of the herein requested extensions will not have any effect on the overall case schedule;

3    WHEREAS, the Parties respectfully submit that there is good cause for this Stipulation to

4  accommodate Plaintiffs' counsel's professional schedule, and the Parties have conferred and

5  agree that, given Plaintiffs' prior commitments and the Thanksgiving holiday schedule, the

6  Parties will benefit from adjusting the briefing schedule on Defendants' Motion to Dismiss.

7    WHEREAS, this Stipulation is not entered into for the purpose of delay and the Parties

8  have not previously requested an extension of the deadlines for briefing Defendants' Motion to

9  Dismiss Plaintiffs' Second Amended Class Action Complaint;

10    NOW THEREFORE, the Parties stipulate and agree, by and through their undersigned

11  counsel of record and subject to the Court's approval, to modify the Motion to Dismiss briefing

12  schedule.

13    **IT IS SO STIPULATED**.

14  Dated:  November 5, 2024                    Respectfully submitted,

15                                  **LATHAM & WATKINS** LLP

16                                  By _____/s/ *Ashley M. Bauer*_____
                                    Christopher S. Yates
17                                  Belinda S Lee
                                    Ashley M. Bauer
18                                  505 Montgomery Street, Suite 2000
                                    San Francisco, California 94111-5438
19                                  Telephone:  415.391.0600
                                    Facsimile:  415.396.8095
20                                  Email: Chris.Yates@lw.com
                                        Belinda.Lee@lw.com
21                                        Ashley.Bauer@lw.com

22                                  Peter E. Davis (SBN 320256)
                                    555 Eleventh Street, NW, Suite 1000
23                                  Washington, DC 20004-1304
                                    Telephone:  202.637.2200
24                                  Facsimile: 202.637.2201
                                    Email: Peter.Davis@lw.com
25

26                                  *Attorneys for Defendants Hermès of Paris,*
                                    *Inc. and Hermès International*
27

28

                                    2

Dated:  November 5, 2024

**HAFFNER LAW PC**

By ____ /s/ *Vahan Mikayelyan* _____
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan
15260 Ventura Blvd., Suite 1520
Sherman Oaks, California  91403
Telephone: 213.514.5681
Facsimile:  213.514.5682
Email: jff@haffnerlawyers.com
    at@haffnerlawyers.com
    vh@haffnerlawyers.com

Shaun C. Setareh
Thomas A. Segal
**SETAREH LAW GROUP**
9665 Wilshire Blvd., Suite 430
Beverly Hills, California  90212
Telephone:  310.888.7771
Facsimile:  310.888.0109
Email: shaun@setarehlaw.com
    thomas@setarehlaw.com

*Attorneys for Plaintiffs and
the Proposed Class*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

      I am the ECF User whose identification and password are being used to file the foregoing *Stipulation and [Proposed] Order to Extend Motion to Dismiss Briefing Schedule*. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Vahan Mikayelyan, attest that concurrence in the filing of this document has been obtained.


Dated:  November 5, 2024                   _/s/ Vahan Mikayelyan_

                                                Vahan Mikayelyan

4

1

**[PROPOSED] ORDER**

2          Having considered the Parties' stipulation, and for good cause shown, the Court hereby

3    ORDERS as follows:

4          1.          Plaintiffs shall file their opposition on November 22, 2024;

5          2.          Defendant shall file its reply on December 13, 2024;

6          3.          Hearing on Defendant's Motion to Dismiss shall be set on January 30, 2024, at

7    10:00 a.m.

8          **T IS SO ORDERED**.

9

10   Dated: _____          _____

11                                                    The Honorable James Donato
                                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5