| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Christopher S. Yates (SBN 161273)<br>   Belinda S Lee (SBN 199635)<br>   Ashley M. Bauer (SBN 231626)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Email: Chris.Yates@lw.com<br>        Belinda.Lee@lw.com<br>        Ashley.Bauer@lw.com | HAFFNER LAW PC<br>   Joshua H. Haffner, SBN 188652<br>   Alfredo Torrijos, SBN 222458<br>   Vahan Mikayelyan, SBN 337023<br>15260 Ventura Blvd., Suite 1520<br>Sherman Oaks, California 91403<br>Telephone: 213.514.568<br>Facsimile: 213.514.5682<br>Email: jhh@haffnerlawyers.com<br>        at@haffnerlawyers.com<br>        vh@haffnerlawyers.com |
| LATHAM & WATKINS LLP<br>   Peter E. Davis (SBN 320256)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201<br>Email: Peter.Davis@lw.com | SETAREH LAW GROUP<br>   Shaun C. Setareh, SBN 204514<br>   Thomas A. Segal, SBN 222791<br>9665 Wilshire Blvd., Suite 430<br>Beverly Hills, California 90212<br>Telephone: 310.888.777<br>Facsimile: 310.888.0109<br>Email: shaun@setarehlaw.com<br>        thomas@setarehlaw.com |
| *Attorneys for Defendants*<br>*Hermès of Paris, Inc. and Hermès*<br>*International* | *Attorneys for Plaintiffs*<br>*and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CAVALLERI, an individual; MARK GLINOGA, an individual, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>HERMÈS INTERNATIONAL, a French corporation and HERMÈS OF PARIS, INC., a New York corporation, and DOES 1 through 10; inclusive,<br><br>        Defendants. | CASE NO. 3:24-cv-01707-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**[PURSUANT TO CIV. L.R. 6-1(B) AND 6-2]**<br><br>Hon. James Donato |

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Tina Cavalleri and Mark Glinoga, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Hermès of Paris, Inc. (collectively, the "Parties") by and through their undersigned counsel of record and subject to the Court's approval, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on March 19, 2024 (ECF No. 1);

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Complaint on May 9, 2024 (ECF No. 29);

WHEREAS, in lieu of opposing Defendants' Motion to Dismiss, Plaintiffs filed the First Amended Class Action Complaint May 30, 2024 (ECF No. 33);

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on July 2, 2024 (ECF No. 38);

WHEREAS, the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint with leave to amend in the Civil Minutes entered on September 19, 2024 (ECF No. 51);

WHEREAS Plaintiff filed Second Amended Class Action Complaint on October 11, 2024 (ECF No. 52);

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint on October 25, 2024 (ECF No. 54);

WHEREAS, Plaintiffs requested, and consistent with the Court's Guidelines for Professional Conduct, Defendants agreed as a professional courtesy to, a brief extension of the Motion to Dismiss briefing schedule and have agreed to continue the Opposition and Reply deadlines;

WHEREAS, pending the Court's approval, the Parties agree to modify the Motion to Dismiss briefing schedule as follows:

|  | Current Date | Proposed Date |
| --- | --- | --- |
| Opposition | November 8, 2024 | November 22, 2024 |
| Reply | November 15, 2024 | December 13, 2024 |
| Hearing on Motion to Dismiss | January 30, 2024 | January 30, 2024 |

1

1  WHEREAS, no trial date has been set for this case and the Parties believe that the
2  granting of the herein requested extensions will not have any effect on the overall case schedule;
3  WHEREAS, the Parties respectfully submit that there is good cause for this Stipulation to
4  accommodate Plaintiffs' counsel's professional schedule, and the Parties have conferred and
5  agree that, given Plaintiffs' prior commitments and the Thanksgiving holiday schedule, the
6  Parties will benefit from adjusting the briefing schedule on Defendants' Motion to Dismiss.
7  WHEREAS, this Stipulation is not entered into for the purpose of delay and the Parties
8  have not previously requested an extension of the deadlines for briefing Defendants' Motion to
9  Dismiss Plaintiffs' Second Amended Class Action Complaint;
10  NOW THEREFORE, the Parties stipulate and agree, by and through their undersigned
11  counsel of record and subject to the Court's approval, to modify the Motion to Dismiss briefing
12  schedule.
13  **IT IS SO STIPULATED**.

14  Dated:  November 5, 2024                    Respectfully submitted,

15                                              **LATHAM & WATKINS** LLP

16                                              By      /s/ *Ashley M. Bauer*
                                                   Christopher S. Yates
17                                                 Belinda S Lee
                                                   Ashley M. Bauer
18                                                 505 Montgomery Street, Suite 2000
                                                   San Francisco, California 94111-5438
19                                                 Telephone:  415.391.0600
                                                   Facsimile:  415.396.8095
20                                                 Email: Chris.Yates@lw.com
                                                          Belinda.Lee@lw.com
21                                                        Ashley.Bauer@lw.com

22                                              Peter E. Davis (SBN 320256)
                                                555 Eleventh Street, NW, Suite 1000
23                                              Washington, DC 20004-1304
                                                Telephone:  202.637.2200
24                                              Facsimile: 202.637.2201
                                                Email: Peter.Davis@lw.com
25

26                                              *Attorneys for Defendants Hermès of Paris,*
                                                *Inc. and Hermès International*
27

28

| | | |
|---|---|---|
| 1 | Dated: November 5, 2024 | **HAFFNER LAW PC** |
| 2 | | By    /s/ *Vahan Mikayelyan* |
| 3 | | Joshua H. Haffner<br>Alfredo Torrijos |
| 4 | | Vahan Mikayelyan<br>15260 Ventura Blvd., Suite 1520 |
| 5 | | Sherman Oaks, California 91403<br>Telephone: 213.514.5681 |
| 6 | | Facsimile: 213.514.5682<br>Email: jff@haffnerlawyers.com |
| 7 | |         at@haffnerlawyers.com<br>        vh@haffnerlawyers.com |
| 8 | | Shaun C. Setareh |
| 9 | | Thomas A. Segal<br>**SETAREH LAW GROUP** |
| 10 | | 9665 Wilshire Blvd., Suite 430<br>Beverly Hills, California 90212 |
| 11 | | Telephone: 310.888.7771<br>Facsimile: 310.888.0109 |
| 12 | | Email: shaun@setarehlaw.com<br>       thomas@setarehlaw.com |
| 13 | | *Attorneys for Plaintiffs and*<br>*the Proposed Class* |

3

## SIGNATURE ATTESTION

I am the ECF User whose identification and password are being used to file the foregoing *Stipulation and [Proposed] Order to Extend Motion to Dismiss Briefing Schedule*. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Vahan Mikayelyan, attest that concurrence in the filing of this document has been obtained.

Dated:  November 5, 2024         /s/ *Vahan Mikayelyan*
                                 Vahan Mikayelyan

# [PROPOSED] ORDER

Having considered the Parties' stipulation, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs shall file their opposition on November 22, 2024;
2. Defendant shall file its reply on December 13, 2024;
3. Hearing on Defendant's Motion to Dismiss shall be set on January 30, 2024, at 10:00 a.m.

**T IS SO ORDERED**.

Dated: November 7, 2024

The Honorable James Donato
United States District Judge