UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CAVALLERI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HERMES INTERNATIONAL, A FRENCH CORPORATION, et al.,<br><br>    Defendants. | Case No. 24-cv-01707-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and the second order of dismissal, Dkt. No. 61, judgment on the federal antitrust claims is entered in favor of defendants Hermes International and Hermes of Paris.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
JAMES DONATO
United States District Judge