UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-01707

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: March 19, 2024

Date of judgment or order you are appealing: September 17, 2025

Docket entry number of judgment or order you are appealing: 61 & 62

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Tina Cavalleri
Plaintiff Mark Glinoga

Is this a cross-appeal?  ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Shaun Setareh     **Date** 10/06/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**     *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff Tina Cavalleri |
| Plaintiff Mark Glinoga |

Name(s) of counsel (if any):

| |
|---|
| Joshua H. Haffner, SBN 188652        HAFFNER LAW PC |
| Alfredo Torrijos, SBN 222458 |
| Vahan Mikayelyan, SBN 337023 |

Address: 15260 Ventura Blvd., Suite 1520, Sherman Oaks, CA 91403

Telephone number(s): Tel: (213) 514-5681 / Fax: (213) 514-5682

Email(s): jhh@haffnerlawyers.com;at@haffnerlawyers.com;vh@haffnerlawyers.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Defendant Hermes International |
| Defendant Hermes of Paris, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Christopher S. Yates, SBN 161273        LATHAM & WATKINS LLP |
| Belinda S Lee, SBN 199535 |
| Ashley M. Bauer, SBN 231626 |

Address: 505 Montgomery Street, Suite 2000

Telephone number(s): Tel: (415) 391-0600 / Fax: (415) 395-8095

Email(s): Chris.Yates@lw.com; Belinda.Lee@lw.com; Ashley.Bauer@lw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Shaun Setareh, SBN 204514        SETAREH LAW GROUP
Thomas Segal, SBN 222791

Address: 420 N. Camden Drive, Suite 100, Beverly Hills, CA 90210

Telephone number(s): Tel: (310) 888 - 7771 / Fax: (310) 888 - 0109

Email(s): shaun@setarehlaw.com; thomas@setarehlaw.com;

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              *New 12/01/2018*